```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                    Case No. 16-04816-HWV
James P Barrett                                           Chapter 13
Linda L Barrett
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman         Page 1 of 1         Date Rcvd: Sep 13, 2018
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
         +BJs Wholesale Club, Inc,    PO Box 5230,   Westborough, MA 01581-5230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor   Members 1st Federal Credit Union
          bkgroup@kmllawgroup.com
         Karl M Ledebohm    on behalf of Creditor   Members 1st Federal Credit Union kledebohm@epix.net
         Mario John Hanyon   on behalf of Creditor   Members 1st Federal Credit Union pamb@fedphe.com
         Michael S Travis   on behalf of Debtor 1 James P Barrett Mtravislaw@comcast.net
         Michael S Travis   on behalf of Debtor 2 Linda L Barrett Mtravislaw@comcast.net
         Thomas Song   on behalf of Creditor   Members 1st Federal Credit Union pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 8

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **James P. Barrett and** | : CHAPTER 13 |
| **Linda L. Barrett** | : |
| **Debtors** | : NO. 1-16-04816 HWV |

ORDER

      Upon consideration of the above-named Debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

      IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, James Barrett, receives income:

      BJ's Wholesale Club, Inc, PO Box 5230, Westborough, MA  01581

shall deduct from said Debtor(s) income the sum of $ 1,202.00 each month beginning on the next payday following receipt of this Order and deduct a similar amount each month thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor.  You do not have to vary your pay cycle to be in compliance with this Order.  If your pay cycle does not match the ordered payment cycle, use the following information to determine how much to withhold:

      $  277.38 per weekly pay period.
      $ 554.77 per biweekly pay period (every two weeks).
      $ 601.00 per semimonthly pay period (twice a month).
      $ 1,202.00 per monthly pay period.

Remit the deductible sum to:

CHAPTER 13 TRUSTEE
P.O. BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor(s) receive income shall notify the Trustee if the Debtor(s) income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor(s) except the amounts required to be withheld for taxes, social security, insurance, pension or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court.

Dated:   September 13, 2018            By the Court,

                                       _____
                                       Henry W. Van Eck, Bankruptcy Judge (LS)