```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04816-HWV
James P Barrett                                                 Chapter 13
Linda L Barrett
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1           Date Rcvd: Sep 09, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: unger@members1st.org Sep 09 2019 18:58:26      Members 1st Federal Credit Union,
                 5000 Louise Drive,   Mechanicsburg, PA 17055-4899
                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Members 1st Federal Credit Union
               bkgroup@kmllawgroup.com
              Karl M Ledebohm    on behalf of Creditor    Members 1st Federal Credit Union kledebohm@epix.net
              Mario John Hanyon     on behalf of Creditor    Members 1st Federal Credit Union pamb@fedphe.com
              Michael S Travis    on behalf of Debtor 1 James P Barrett Mtravislaw@comcast.net
              Michael S Travis    on behalf of Debtor 2 Linda L Barrett Mtravislaw@comcast.net
              Thomas Song    on behalf of Creditor    Members 1st Federal Credit Union pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Linda L Barrett<br>James P. Barrett | Chapter: 13 |
| | Case No.: 16-04816 HWV |
| Members 1st Federal Credit Union | Document No.: 49 |
| Linda L Barrett,<br>James P. Barrett and Charles J.<br>DeHart, III Esq. | Nature of Proceeding: Motion for Relief from Automatic Stay |

## ORDER DISMISSING

The above-referenced pleading is hereby DISMISSED.

Dated: September 9, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)