IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
LINDA BARRETT )
JAMES BARRETT ) CH. 13
    Debtors ) No. 16-04816 HWV

## DEBTORS' AMENDED SCHEDULE C

The Debtor(s) in the above-captioned case hereby amend schedule B(adding post-petition Worker's Compensation Settlement exemption) by substituting the attached schedule for the schedule originally filed, pursuant to Fed. R. Bankr. P. 1009.

Dated: 5/29/2020

By: _____
Michael S. Travis
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9502
mtravislaw@comcast.net
Attorney for Debtors

Debtor 1  James P. Barrett
Debtor 2  Linda L. Barrett                                  Case number (if known) 16-04816 HWV

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: [redacted]<br>Line from Schedule A/B: 12 | [redacted] | ☐ 100% of fair market value, up to any applicable statutory limit | [redacted] |
| Brief description: [redacted]<br>Line from Schedule A/B: 16 | [redacted] | ☐ 100% of fair market value, up to any applicable statutory limit | [redacted] |
| Brief description: [redacted]<br>Line from Schedule A/B: 17.1 | [redacted] | ☐ 100% of fair market value, up to any applicable statutory limit | [redacted] |
| Brief description:<br>Workers compensation settlement net of counsel fees $120,000 lost wages $100,000 medical<br>Line from Schedule A/B: 33 | $220,000.00 | ☑ $220,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(C) |
| Brief description: [redacted]<br>Line from Schedule A/B: 40 | [redacted] | ☐ 100% of fair market value, up to any applicable statutory limit | [redacted] |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
LINDA BARRETT )
JAMES BARRETT ) CH. 13
      Debtors ) No. 16-04816 HWV

### Debtor(s) Verification

I declare under penalty of perjury that I have read the attached amended schedule(s) and they are true and correct to the best of my knowledge, information and belief.

Date: 5/26/2020

_____
Linda Barrett, Debtor

Date: 5/26/2020

_____
James Barrett, Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| LINDA BARRETT | ) |
| JAMES BARRETT | ) CH. 13 |
|     Debtors | ) No. 16-04816 HWV |

Certificate of Service Amended Schedule C

I, Michael S. Travis, attorney for the Debtor(s), hereby certifies that a copy of the foregoing amendment of the Debtor(s) has this day been served upon the trustee in this case and affected creditor(s) and persons listed as follows by first-class mail or the means specified.

Charles J. DeHart, Esquire
(electronically served)

United States Trustee
(electronically served)

James and Linda Barrett
(electronically served)

Michael S. Travis
Attorney for Debtor(s)
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9509

Date: 6-1-20