| | |
|---|---|
| IN RE: | : IN THE UNITED STATES BANKRUPTCY COURT |
| James and Linda Barrett | : FOR THE MIDDLE DISTRICT OF |
| | : PENNSYLVANIA |
| | : |
| | : |
| | : CHAPTER 13 |
| | : |
| Debtors | : NO. 1-16-04816 HWV |
| | : |

### Order Approving Additional Counsel Fees (Post-Confirmation)

Application for Counsel Fees having been made by counsel, the Court has determined that:

1. Debtors have agreed to pay counsel reasonable fees of $750.00 for counsel fees, and $ 0.00 for expenses for a total of $750 outside Debtors' chapter 13 plan.

2. Total compensation is $5,250; Debtors have agreed to pay counsel a reasonable fee through Debtors' plan of $ 4,000.00.

It is ORDERED that:

1. The Debtors' Application for Counsel Fees is approved.

2. The Debtors shall pay these fees in the amounts specified outside the Debtors' plan.

3. The Trustee shall make payments in accordance with the Debtors' plan (no new fees).