Certificate Number: 01267-PAM-DE-036101819

Bankruptcy Case Number: 16-04816


01267-PAM-DE-036101819

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>October 29, 2021</u>, at <u>4:16</u> o'clock <u>PM CDT</u>, <u>James P Barrett</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>October 29, 2021</u>            By:   <u>/s/Cristina Gonzalez</u>

                                                                 Name:  <u>Cristina Gonzalez</u>

                                                                 Title:   <u>Counselor</u>