Certificate Number: 01267-PAM-DE-036101820

Bankruptcy Case Number: 16-04816


01267-PAM-DE-036101820

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 29, 2021, at 4:16 o'clock PM CDT, Linda L Barrett completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 29, 2021  By: /s/Cristina Gonzalez

Name: Cristina Gonzalez

Title: Counselor