UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| JAMES P BARRETT | Case No.: 1-16-04816-HWV |
| LINDA L BARRETT | Chapter 13 |
| Debtor(s) | |

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | MEMBERS 1ST FEDERAL CREDIT UNION |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 1652/PRE ARREARS/148 QUAIL DR |
| Property Address if applicable: | 148 QUAIL DRIVE, , DILLSBURG, PA17019 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,715.24 |
| b. | Prepetition arrearages paid by the Trustee: | $20,715.24 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $20,715.24 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 1, 2022                                             Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: MEMBERS 1ST FEDERAL CREDIT UNION
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1178800 | 01/11/2018 | $109.61 | $0.00 | $109.61 |
| 5200 | 1187337 | 06/07/2018 | $570.86 | $0.00 | $570.86 |
| 5200 | 1188704 | 07/12/2018 | $766.65 | $0.00 | $766.65 |
| 5200 | 1192723 | 10/10/2018 | $775.69 | $0.00 | $775.69 |
| 5200 | 1194089 | 11/08/2018 | $148.12 | $0.00 | $148.12 |
| 5200 | 1195477 | 12/13/2018 | $1,288.59 | $0.00 | $1288.59 |
| 5200 | 1196862 | 01/10/2019 | $290.98 | $0.00 | $290.98 |
| 5200 | 1198021 | 02/07/2019 | $659.60 | $0.00 | $659.60 |
| 5200 | 1199257 | 03/12/2019 | $213.36 | $0.00 | $213.36 |
| 5200 | 1200600 | 04/11/2019 | $737.20 | $0.00 | $737.20 |
| 5200 | 1201951 | 05/09/2019 | $475.29 | $0.00 | $475.29 |
| 5200 | 1203255 | 06/06/2019 | $475.29 | $0.00 | $475.29 |
| 5200 | 1204648 | 07/11/2019 | $659.58 | $0.00 | $659.58 |
| 5200 | 1206014 | 08/07/2019 | $1,704.71 | $0.00 | $1704.71 |
| 5200 | 1207474 | 09/26/2019 | $847.70 | $0.00 | $847.70 |
| 5200 | 1208672 | 10/10/2019 | $322.03 | $0.00 | $322.03 |
| 5200 | 1209789 | 11/07/2019 | $485.20 | $0.00 | $485.20 |
| 5200 | 1211127 | 12/12/2019 | $661.59 | $0.00 | $661.59 |
| 5200 | 1212500 | 01/16/2020 | $661.58 | $0.00 | $661.58 |
| 5200 | 1213853 | 02/13/2020 | $476.88 | $0.00 | $476.88 |
| 5200 | 1215161 | 03/12/2020 | $476.89 | $0.00 | $476.89 |
| 5200 | 1216446 | 04/14/2020 | $661.58 | $0.00 | $661.58 |
| 5200 | 1217500 | 05/06/2020 | $272.57 | $0.00 | $272.57 |
| 5200 | 1218466 | 06/02/2020 | $450.74 | $0.00 | $450.74 |
| 5200 | 1219487 | 07/07/2020 | $628.90 | $0.00 | $628.90 |
| 5200 | 1220535 | 08/12/2020 | $628.90 | $0.00 | $628.90 |
| 5200 | 1221584 | 09/17/2020 | $628.90 | $0.00 | $628.90 |
| 5200 | 1222609 | 10/15/2020 | $450.73 | $0.00 | $450.73 |
| 5200 | 1223451 | 11/03/2020 | $98.37 | $0.00 | $98.37 |
| 5200 | 1224376 | 12/10/2020 | $638.82 | $0.00 | $638.82 |
| 5200 | 1226161 | 01/19/2021 | $638.82 | $0.00 | $638.82 |
| 5200 | 1227189 | 02/17/2021 | $638.82 | $0.00 | $638.82 |
| 5200 | 1228195 | 03/17/2021 | $458.67 | $0.00 | $458.67 |
| 5200 | 1229214 | 04/15/2021 | $458.67 | $0.00 | $458.67 |
| 5200 | 2000590 | 05/18/2021 | $458.68 | $0.00 | $458.68 |
| 5200 | 2001604 | 06/16/2021 | $668.50 | $0.00 | $668.50 |
| 5200 | 2002582 | 07/14/2021 | $126.17 | $0.00 | $126.17 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
   JAMES P BARRETT                                     Case No.: 1-16-04816-HWV
   LINDA L BARRETT                                   Chapter 13
           Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| MICHAEL S. TRAVIS, ESQUIRE<br>3904 TRINDLE ROAD<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| MEMBERS 1ST FEDERAL CREDIT UNION<br>5000 LOUISE DRIVE<br>MECHANICSBURG, PA, 17055 | SERVED BY 1ST CLASS MAIL |
| JAMES P BARRETT<br>LINDA L BARRETT<br>148 QUAIL DRIVE<br>DILLSBURG, PA 17019 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022                      s/ Donna Schott
                                                         Jack N. Zaharopoulos
                                                         Standing Chapter 13 Trustee
                                                         Suite A, 8125 Adams Drive
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097
                                                         Fax: (717) 566-8313
                                                         eMail: info@pamd13trustee.com