# LOCAL BANKRUPTCY FORM 3002.1-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: James P and Linda L Barrett

CHAPTER 13

CASE NO. 1 - 16 -bk- 04816

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

| Part 1: | Pre-Petition Arrears |
|---|---|

Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

If creditor disagrees:

Amount due to cure pre-petition arrears: $_____

Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

| Part 2: | Post-Petition Arrears |
|---|---|

*Outside the plan:* Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

If the creditor disagrees:

Amount due to cure post-petition arrears due outside the plan: $_____

Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

*Inside the plan:* Creditor ☐ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

If the creditor disagrees:

Amount due to cure post-petition arrears due inside the plan: $_____

Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

## Part 3:     Sign Here

The person completing this Statement must sign it. Please print your name and other identifying information.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

_Lynn Unger (signature)_
Signature

Date: 02/10/2022

Print:   Lynn Unger
        Name

Bankruptcy Specialist
Title

        Members 1st FCU
        Company

        5000 Louise Drive
        Address

        Mechanicsburg PA 17055

        7177955188
        Phone

Bankruptcy@Members1st.org
Email

## Part 4:     Service

Statement in Response to Notice of Final Cure Payment mailed to:

Debtor(s) (address): 148 Quail Drive, Dillsburg, PA 17019

Debtor(s)' Counsel:
    ☑ Via CM/ECF
    ☐ Via email (email address): _____
    ☐ Via US Mail (address): _____

Trustee:
    ☑ Via CM/ECF

2